**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

File No. 00-CV-770 PAM/JGL

Susan Garvey,

Plaintiff,

v.

**ORDER**

The St. Paul Companies, Inc.,
a Minnesota corporation,

Defendant.

The above entitled matter came before the Honorable Jonathan Lebedoff pursuant stipulation of the parties. Pursuant to the attached Stipulation, **IT IS HEREBY ORDERED**:

1. That Plaintiff be granted leave to amend her Complaint consistent with Exhibit 1 attached hereto.

2. That Plaintiff serve and file her Amended Complaint by September 29, 2000.

3. That Defendant preserves its right to assert any and all defenses it may have to Plaintiff's newly amended claim in its amended answer.

4. Defendant's Amended Answer should be served and filed within ten days after service of the Amended Complaint.

**BY THE COURT:**

Dated: Sept. 25, 2000

Jonathan G. Lebedoff
Magistrate Judge
United States District Court

FILED 9-25-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

File No. 00-CV-770 PAM/JGL

Susan Garvey,

Plaintiff,

v.

**STIPULATION AND ORDER FOR LEAVE TO AMEND COMPLAINT**

The St. Paul Companies, Inc.,
a Minnesota corporation,

Defendant.

The above parties, by and through their undersigned counsel, hereby stipulate and agree to allow Plaintiff to amend her Complaint in accordance with the Amended Complaint attached hereto as Exhibit 1. The parties further stipulate and agree that Defendant will preserve any and all rights to assert additional defenses to the newly added amended claim in its amended answer. Further, the parties stipulate and agree that Plaintiff's Motion for Leave to Amend her Complaint currently scheduled for hearing on September 28, 2000 before the Honorable Jonathan Lebedoff may be removed from the court calendar as the matter has been satisfactorily resolved between the parties.

Dated: 9-12-00

BORKON, RAMSTEAD, MARIANI,
FISHMAN & CARP, LTD.

By [signature]
Howard L. Bolter #192387
Attorneys for Plaintiff
485 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-7155

Dated: 9/18/00

LITTLER MENDELSON, P.C.

By [signature]

Marko J. Mrkonich #125660
Attorneys for Defendant
Multifoods Tower, Suite 3110
33 South Sixth Street
Minneapolis, MN 55402
(612) 630-1000